UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DANIEL LYNN BROWN, JR., ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 1:15-cv-0224-TWP-DML |
| ) | |
| DR. MICKEY CHO, et al., ) | |
| ) | |
| Defendants. ) | |

**Entry Discussing Amended Complaint and Directing Service of Process**

**I.**

Plaintiff Daniel Lynn Brown, Jr., is an inmate confined at the Terre Haute FCI ("TH-FCI"). His amended complaint was filed on March 17, 2015.

The amended complaint is now subject to the screening requirement of 28 U.S.C. § 1915A(b). This statute directs that the Court dismiss a complaint or any claim within a complaint which "(1) is frivolous, malicious, or fails to state a claim upon which relief may be granted; or (2) seeks monetary relief from a defendant who is immune from such relief." *Id.*

The amended complaint names the following defendants: 1) United States of America; 2) Dr. Mickey Cho; 3) Dr. Gary Ulrich; and 4) UAP Health Clinic. The plaintiff brings a Federal Tort Claim against the United States and state law medical malpractice claims against Dr. Cho, Dr. Ulrich, and the UAP Health Clinic. The plaintiff's claims shall proceed as submitted.

**II.**

**The clerk is designated** pursuant to Rule 4(c)(3) of the *Federal Rules of Civil Procedure* to issue process to defendants United States of America, Dr. Mickey Cho, Dr. Gary Ulrich, the UAP Health Clinic, and the officials designated pursuant to Rule 4(i)(1). Process shall consist of

a summons, which shall be served with a copy of the amended complaint with exhibits (docket 4) and a copy of this Entry by the Marshal for this District or his deputy at the expense of the United States.

**The clerk shall update the docket** to reflect the plaintiff's identification number as #05609-030.

**IT IS SO ORDERED.**

Date: 3/25/2015

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Daniel Lynn Brown, Jr., #05609-030
Terre Haute FCI
Inmate Mail/Parcels
P. O. Box 33
Terre Haute, IN 47808

United States Marshal
46 East Ohio Street
179 U.S. Courthouse
Indianapolis, IN 46204

United States Attorney General
Department of Justice
10th and Constitution Avenue, NW
Washington, D.C. 20530

Office of the United States Attorney
10 West Market Street    Suite 2100
Indianapolis, IN   46204-3048

UAP Health Clinic
221 S. 6th Street
Terre Haute, IN 47807

Federal Bureau of Prisons
Director Charles E. Samuels, Jr.
320 First St., NW
Washington, DC 20534

Dr. Mickey Cho
UAP Health Clinic
221 S. 6th Street
Terre Haute, IN 47807

Dr. Gary Ulrich
USAP Health Clinic
221 S. 6th Street
Terre Haute, IN 47807

**NOTE TO CLERK: PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION.**